IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABDULLAH MUHAMMAD,

        Plaintiff,                      No. CIV S-03-1207 GEB KJM P

  vs.

J. KREJCHA, et al.,

        Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On January 25, 2005, the court ordered the United States Marshal to serve plaintiff's amended complaint on defendant Krejcha. On May 5, 2005, process directed to Krejcha was returned to the court unserved. Plaintiff must provide additional information to serve defendant Krejcha. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

        On May 13, 2005, plaintiff filed a document titled "Motion To Enter Local Rule 72-302(c)(19) Duties To Be Performed By Magistrate Judge . . ." Plaintiff has filed a number of motions including several titled "Motion To Enter Local Rule . . ."; these motions either are not

1

provided for by the Federal Rules of Civil Procedure or this court's Local Rules, or are frivolous. Plaintiff is warned that if he keeps filing motions not provided for by the rules or that have no legal basis, he will be sanctioned, possibly with dismissal. In the May 13th motion, plaintiff asks that defendant Krejcha be held in default. Because Krejcha has not been served with process, nor waived service, plaintiff's motion is frivolous. See Fed. R. Civ. P. 12(a)(1).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the amended complaint filed April 7, 2004;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant J. Krejcha; and

    b. Two copies of the endorsed amended complaint filed April 7, 2004.

3. Plaintiff's May 13, 2005 "Motion To Enter Local Rule 72-302(c)(19) Duties To Be Performed By Magistrate Judge . . ." is denied.

DATED: May 17, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1/kf
muha1207.8e

```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA

ABDULLAH MUHAMMAD,

           Plaintiff,              No. CIV S-03-1207 GEB KJM P

    vs.

J. KREJCHA, et al.,                NOTICE OF SUBMISSION

           Defendants.             OF DOCUMENTS
_____/
```

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __1__    completed USM-285 form

    __2__    copies of the April 7, 2004 _____
                           Amended Complaint

DATED:

                                                  Plaintiff