IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABDULLAH MUHAMMAD,

    Plaintiff,               No. CIV S-03-1207 GEB KJM P

    vs.

J. KREJCHA, et al.,

    Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Plaintiff has filed a number of documents asking that the court assist him in obtaining the address of defendant Krejcha. From documents filed on September 6, 2005, it appears plaintiff has obtained defendant Krejcha's address. Therefore plaintiff's request for assistance will be denied. Plaintiff has also filed a number of frivolous motions. Those will be denied as well.

        The court finds that plaintiff has abused the court process by filing several other documents that either present repetitive material, include requests without a legal basis for the request, or are simply inappropriate and not provided for by the Federal Rules of Civil Procedure or this court's Local Rules. Plaintiff is hereby warned that if he continues to abuse the court process by filing repetitive, irrelevant or legally unsupported requests, he will be

sanctioned.  Sanctions might include dismissal of this action, monetary fines or limitations on plaintiff's filings in this action.

>Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's June 20, 2005 "discovery request" is denied;

2. Plaintiff's June 20, 2005 "motion to enter local rule 34-250 . . ." is denied;

3. Plaintiff's July 18, 2005 "motion to enter local rule 5-133(D) . . ." is denied;

4. Plaintiff's July 22, 2005 "motion to enter local rule 5-133(D). . ." is denied;

5. Plaintiff's July 27, 2005 "motion for court order . . ." is denied;

6. Plaintiff's August 8, 2005 "motion to enter local rule 43-142 . . ." is denied;

7. Plaintiff's August 17, 2005 "motion to enter local rule 78-230(M) . . ." is denied; and

8. Plaintiff's September 6, 2005 "motion to enter local rule 4-210 . . ." is denied.

DATED:   October 25, 2005.

_____
UNITED STATES MAGISTRATE JUDGE