IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABDULLAH MUHAMMAD,

    Plaintiff,                   No. CIV-S-03-1207 GEB KJM P

    vs.

J. KREJCHA, et al.,

    Defendants.

_____/

ABDULLAH MUHAMMAD,

    Plaintiff,                   No. CIV-S-01-2270 DFL KJM P

    vs.

CHAPLAIN ORTIZ, et al.,

    Defendants.              <u>ORDER</u>

_____/

        On February 9, 2006, the court issued findings and recommendations recommending that the above-captioned cases be dismissed. The findings and recommendations were returned to the court by the California Department of Corrections with a notation indicating that plaintiff is deceased.

/////

1

1 | Good cause appearing, the court will order that all outstanding motions in the
2 | above-captioned cases be denied without prejudice.  The court will also vacate the findings and
3 | recommendations issued February 9, 2006.  Finally, counsel for defendants in both of the above-
4 | captioned-cases will be directed to ascertain whether plaintiff is in fact deceased and inform the
5 | court within ten days.

6 | Accordingly, IT IS HEREBY ORDERED that:

7 | 1. All outstanding motions in both of the above-captioned matters are denied
8 | without prejudice;

9 | 2. The findings and recommendations issued by the court on February 9, 2006 are
10 | vacated;

11 | 3. Counsel for defendants in both of the above-captioned cases are directed to
12 | ascertain whether plaintiff is deceased and report their findings to the court within ten days.
13 | DATED: March 6, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1
muha1207.33a