IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABDULLAH MUHAMMAD,

    Plaintiff,          2:03-cv-1207-GEB-KJM-P

  vs.

J. KREJCHA, et al.,

    Defendants.      <u>ORDER</u>

_____/

        Plaintiff, now deceased, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 10, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff's address of record and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed July 10, 2006, are adopted in full; and

2. The above-titled action is dismissed.

Dated: September 18, 2006

<pre>
                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge
</pre>